VIRGINIA: IN THE CIRCUIT COURT OF THE CITY OF VIRGINIA BEACH

JOHNATHAN KEENAN,

    Plaintiff,

v.

WILLIAM P. AHERN,

    Defendant.

**TRIAL BY JURY DEMANDED**

CIVIL ACTION NO. CL 19- 23 24

## COMPLAINT

MOTION is hereby made for judgment and award of execution against you in the amount of ONE MILLION DOLLARS ($1,000,000.00) for compensatory damages, sustained for the bodily injury of JOHNATHAN KEENAN on the grounds set forth below:

### PARTIES

1. The Plaintiff is Johnathan Keenan (hereafter "Keenan"), a resident of Virginia Beach, Virginia.

2. The Defendant, William P. Ahern (hereafter "Ahern") is a domiciliary and resident of the City of Virginia Beach, Virginia. At all times pertinent hereto, Ahern was employed and on duty as a police officer with Virginia Beach Police Department and the City of Virginia Beach, Virginia.

### COUNT I

3. On the 19th day of April 2017, the Plaintiff, Keenan, was seated in the front passenger seat of an automobile parked in the parking lot located at 3708 Virginia Beach Boulevard, Virginia Beach, Virginia.

4. On the aforesaid date, Ahern was on routine patrol when he observed a vehicle that matched the description of a vehicle that had been reported to the police earlier that evening.

FILED
CIRCUIT COURT
2019 APR 19 PM 12: 42
TINA E. SINNEN, CLERK
BY [signature]

Tavss Fletcher, 555 Main Street, Fourteenth Floor, Norfolk, Virginia 23510

**EXHIBIT A**

5. Ahern pulled into the parking lot and exited his patrol vehicle with his police canine in tow.

6. The vehicle in which Keenan was in had the driver's side door open prior to Ahern getting out of his patrol car.

7. Ahern then commanded the two occupants to exit the vehicle. The driver of the vehicle exited and was taken into custody by another Virginia Beach Police Officer; leaving Keenan motionless and alone in the car.

8. Ahern observed through the open driver's side door Keenan sitting motionless in the car. Ahern then began to give repeated verbal commands and Keenan gave no response.

9. At all relevant times, Keenan was unconscious and unresponsive.

10. At no relevant time did Keenan act aggressively toward Ahern or others, nor did Keenan act in a way to give Ahern reason to believe that Keenan presented a significant threat of death or serious physical injury to Ahern or others, nor did Keenan act in a way to give Ahern reason to believe that Keenan would cause damage to any public or private property, nor Keenan act in a way to give Ahern reason to believe that Keenan would attempt to resist arrest or escape. Ahern and other officers were present at the scene.

11. Ahern released his canine into the open driver's door of the vehicle, where the canine walked across the seat and bit Keenan in the face and arm repeatedly, causing Keenan great bodily harm. Ahern thereafter walked around the vehicle and opened the passenger door.

12. Keenan came to upon being mauled by the canine.

13. Ahern removed Keenan from the vehicle with the canine still attached.

2

14. Ahern without just cause did unlawfully exercise excessive and unreasonable force in the detention and arrest of Keenan on or about April 19, 2017 causing significant bodily injury to Keenan.

15. Ahern knew or should have known, that releasing his canine under the circumstances was unnecessary, unlawful, and unconstitutional. It was unreasonable for the Defendant, under the circumstances, to believe releasing the canine was justified.

16. Ahern injured Keenan as part of an unreasonable execution of an arrest or seizure of the Plaintiff's person within the meaning of the United States Constitution and the Fourth Amendment. Ahern acted under color of law and his acts give rise to claims under 42 U.S.C. Section 1983. This excessive and unreasonable use of force severely injuring a young man was the result of errors and recklessness on the part of Ahern. The reckless actions of Ahern constituted an unreasonable and unconstitutional seizure of the person Johnathan Keenan, which directly and proximately caused significant bodily injury.

## COUNT II

17. The Plaintiff incorporate herein the allegations contained in Paragraphs 1 through 12 above.

18. The Defendant, without just cause and provocation committed a battery on Keenan in violation of Virginia law, by harmful, unlawful, and offensive contact to Keenan proximately resulting in the bodily injuries of Keenan.

19. That as a direct and proximate result of the aforementioned negligence, and the reckless, malicious, willful, and wanton conduct of the defendant, the undersigned did become sick, sore, lame, and disabled; he suffered great physical pain and mental anguish and will so suffer for a long time in the future; he was required to expend monies in his endeavors

Tavss Fletcher, 555 Main Street, Fourteenth Floor, Norfolk, Virginia 23510

3

to be healed and cured, and will be so required for a long time in the future; he was prevented from attending to his lawful affairs, and will be so prevented for a long time in the future; all to his total damage in the amount of $1,000,000.00.

WHEREFORE, the undersigned moves the Circuit Court of the City of Virginia Beach for a judgment and award of execution against the defendant, in the amount of ONE MILLION DOLLARS ($1,000,000.00), interest from April 19, 2017, and the costs of these proceedings

Johnathan Keenan

By _____
Of Counsel

Scott J. Flax
VSB #68150
**TAVSS FLETCHER**
555 Main Street, Suite 1400
Norfolk, Virginia 23510
Phone: (757) 625-1214
Fax: (757) 622-7295
Email: tavss@tavss.com

4

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. CL19-2324
(CLERK'S OFFICE USE ONLY)

Virginia Beach ............................................. Circuit Court

Johnathan Keenan ........................ v./In re: ........................ William P. Ahern
PLAINTIFF(S) — DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [X] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [ ] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS
- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify)

[X] Damages in the amount of $ 1,000,000.00 are claimed.

4-19-2019
DATE

[ ] PLAINTIFF  [ ] DEFENDANT  [X] ATTORNEY FOR  [X] PLAINTIFF
                                                [ ] DEFENDANT

Scott J. Flax
PRINT NAME

555 E. Main Street, Suite 1400
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
Norfolk, VA 23510

scott@tavss.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

FORM CC-1416 (MASTER) PAGE ONE 07/16

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

## Civil Action Type Codes
### (Clerk's Office Use Only)

Accounting .................................................. ACCT
Adoption ..................................................... ADOP
Adoption – Foreign ..................................... FORA
Adult Protection ......................................... PROT
Aid and Guidance ....................................... AID
Amend Death Certificate ............................ ADC
Annexation ................................................. ANEX
Annulment ................................................. ANUL
Annulment – Counterclaim/Responsive Pleading .. ACRP
Appeal/Judicial Review
    ABC Board ........................................... ABC
    Board of Zoning .................................. ZONE
    Compensation Board ........................... ACOM
    DMV License Suspension ................... JR
    Employment Commission .................... EMP
    Employment Grievance Decision ........ GRV
    Local Government ............................... GOVT
    Marine Resources ................................ MAR
    School Board ....................................... JR
    Voter Registration ............................... AVOT
    Other Administrative Appeal .............. AAPL
Appointment
    Conservator of Peace .......................... COP
    Church Trustee .................................... AOCT
    Custodian/Successor Custodian (UTMA) ...... UTMA
    Guardian/Conservator ......................... APPT
    Marriage Celebrant ............................. ROMC
    Standby Guardian/Conservator .......... STND
Approval of Transfer of Structured Settlement ....... SS
Asbestos Litigation ..................................... AL
Attachment ................................................. ATT
Bond Forfeiture Appeal .............................. BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt ........................................... CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages .......... CTP
Complaint – (Miscellaneous) ...................... COM
Compromise Settlement .............................. COMP
Condemnation ............................................ COND
Confessed Judgment ................................... CJ
Contract Action .......................................... CNTR
Contract Specific Performance ................... PERF
Counterclaim – Monetary Damages/No Monetary
    Damages ............................................. CC
Cross Claim ................................................ CROS
Declaratory Judgment ................................ DECL
Declare Death ............................................. DDTH
Detinue ....................................................... DET
Divorce
    Complaint – Contested/Uncontested ... DIV
    Counterclaim/Responsive Pleading ..... DCRP
    Reinstatement – Custody/Visitation/Support/
    Equitable Distribution ........................ CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ...... DRIV
    Restoration – Habitual Offender or
    3rd Offense ......................................... REST

Ejectment ................................................... EJET
Encumber/Sell Real Estate ......................... RE
Enforce Vendor's Lien ............................... VEND
Escheatment ............................................... ESC
Establish Boundaries ................................. ESTB
Expungement ............................................. XPUN
Forfeiture of Property or Money ................ FORF
Freedom of Information ............................. FOI
Garnishment .............................................. GARN
Injunction .................................................. INJ
Intentional Tort ......................................... ITOR
Interdiction ................................................ INTD
Interpleader .............................................. INTP
Interrogatory ............................................. INTR
Judgment Lien – Bill to Enforce ................ LIEN
Landlord/Tenant ........................................ LT
Law Enforcement/Public Official Petition ..... LEP
Mechanics Lien .......................................... MECH
Medical Malpractice .................................. MED
Motor Vehicle Tort .................................... MV
Name Change ............................................ NC
Other General Tort Liability ..................... GTOR
Partition .................................................... PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) ......................... PET
Product Liability ....................................... PROD
Quiet Title ................................................. QT
Referendum Elections ............................... ELEC
Reinstatement (Other than divorce or driving
    privileges) .......................................... REIN
Removal of Case to Federal Court ............ REM
Restore Firearms Rights – Felony ............. RFRF
Restore Firearms Rights – Review ........... RFRR
Separate Maintenance ............................... SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading ............................................. SCRP
Sever Order ............................................... SEVR
Sex Change ............................................... COS
Taxes
    Correct Erroneous State/Local ........... CTAX
    Delinquent .......................................... DTAX
Termination of Mineral Rights .................. MIN
Trust – Impress/Declare/Create ................. TRST
Trust – Reformation .................................. REFT
Uniform Foreign Country Money Judgments ...... RFCJ
Unlawful Detainer ..................................... UD
Vehicle Confiscation ................................. VEH
Voting Rights – Restoration ...................... VOTE
Will Construction ...................................... CNST
Will Contested .......................................... WILL
Writs
    Certiorari ........................................... WC
    Habeas Corpus .................................. WHC
    Mandamus ......................................... WM
    Prohibition ......................................... WP
    Quo Warranto .................................... WQW
Wrongful Death ......................................... WD

FORM CC-1416 (MASTER) PAGE TWO 10/17

# TAVSS FLETCHER

*Attorneys*
Richard J. Tavss
John R. Fletcher*
Besianne Tavss Maiden
Robert M. Reed
Alex T. Mayo, Jr.
Robert E. Moreland*
Scott J. Flax
Ryan B. Graves

*also admitted in North Carolina

555 Main Street
Fourteenth Floor
Norfolk, Virginia 23510

reply to:
Post Office Box 3747
Norfolk, Virginia 23514

757-625-1214
General Fax
757-622-7295
Personal Injury Fax
757-622-3546
Real Estate Fax
757-622-6557
www.tavss.com
e-mail tavss@tavss.com

*Personal Injury*
*Products Liability*
*Corporate & Tax*
*Banking*
*Family*
*Real Estate*
*Medical Malpractice*
*Criminal Defense*
*Estates*
*Traffic*

April 19, 2019

Via Hand Delivery
Tina E. Sinnen, Clerk
Virginia Beach Circuit Court
Civil Division
2425 Nimmo Parkway
Virginia Beach, VA 23456

CL19-2324

Re: Johnathan A. Keenan v. William P. Ahern

Dear Ms. Sinnen:

    I am enclosing a Complaint and one copy, which I will thank you to file. No service is required at this time, but if the same becomes necessary I will provide the appropriate copies to you for service. Please return the filing receipt to me in the self-addressed, stamped envelope I have included for your convenience.

    Enclosed also is our check in the amount of $ 346.00 in payment of the filing fees.

    Thanking you for your time and attention, I am

Sincerely yours,
TAVSS FLETCHER

By: _____
Scott J. Flax

SJF:vmk
Enclosures
OUR FILE NO: 23918-70382

FILED
VA. BEACH CIRCUIT COURT
2019 APR 19 PM 12: 35
TINA E. SINNEN, CLERK

# TAVSS FLETCHER

Attorneys
Richard J. Tavss
John R. Fletcher*
Besianne Tavss Maiden
Robert M. Reed
Alex T. Mayo, Jr.
Robert E. Moreland*
Scott J. Flax
Ryan B. Graves

*also admitted in North Carolina

555 E. Main Street
Fourteenth Floor
Norfolk, Virginia 23510

reply to:
Post Office Box 3747
Norfolk, Virginia 23514

757-625-1214
General Fax
757-622-7295
Personal Injury Fax
757-622-3546
Real Estate Fax
757-622-6557
www.tavss.com
e-mail tavss@tavss.com

Personal Injury
Products Liability
Corporate & Tax
Banking
Family
Real Estate
Medical Malpractice
Criminal Defense
Estates
Traffic

February 3, 2020

**VIA HAND DELIVERY**

Tina E. Sinnen, Clerk
Virginia Beach Circuit Court
Civil Division
2425 Nimmo Parkway
Virginia Beach, VA  23456

   Re: Johnathan A. Keenan v. William P. Ahern
     Civil Case No. CL19002324-00

Dear Ms. Sinnen:

  I am enclosing two copies of the Complaint previously filed in this matter on 4/19/2019.

  I will thank you to prepare the same for service at this time as follows:

  **William P. Ahern**
  **2229 Wind Branch Circle**
  **Virginia Beach, VA  23456**

  Also enclosed is our check in the amount of $ 12.00 in payment of the service fees.

  Thank you for your time and attention to this matter. Please also note, that service must be effected before April 17, 2020.

  If you have any questions, please do not hesitate to contact me.

           Sincerely yours,
           TAVSS FLETCHER

           By: _____
             Scott J. Flax

*[Handwritten: Service issued 2-6-20 -CON]*

*[Stamp:]*
FILED
VA. BEACH CIRCUIT COURT
2020 FEB -6 AM 9: 06
TINA E. SINNEN, CLERK
BY _____ B.C.

# TAVSS FLETCHER

SJF:vmk
Enclosures
cc:   Mark D. Stiles, Esquire, City Attorney for the City of Virginia Beach
      City of Virginia Beach, City Hall Building, 2401 Courthouse Drive
      Virginia Beach, VA 23456-8005

      Ms. Joyce McElmurry
      Department of Finance Risk Management Division
      City of Virginia Beach, Municipal Center, Building 22,
      2400 Courthouse Drive, Virginia Beach, VA 23456-9081
      Claim No. NC6707
OUR FILE NO: 23918-70382

Receipt : 19000009137

Page 1 of 1



**OFFICIAL RECEIPT**
**VIRGINIA BEACH CIRCUIT COURT**
**CIVIL**

DATE : 04/23/2019  TIME : 10:00:51
RECEIPT # : 19000009137  TRANSACTION # : 19042300025  CASE # : 810CL1900232400
CASHIER : SFB  REGISTER # : B873  FILING TYPE : ITOR
CASE COMMENTS : KEENAN, JOHNATHAN v. AHERN, WILLIAM P
SUIT AMOUNT : $1,000,000.00  PAYMENT : FULL PAYMENT
ACCOUNT OF : KEENAN, JOHNATHAN
PAID BY : TAVSS FLETCHER
CHECK : $346.00  CHECK NUMBER : 57088
DESCRIPTION 1 : ITOR:INTENTIONAL TORT
2 : PLAINTIFF: KEENAN, JOHNATHAN
3 : NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 049 | WRIT TAX (CIVIL) | $25.00 |
| 106 | (TTF) TECHNOLOGY TRUST FUND FEE (CIRCUIT COURT) | $5.00 |
| 123 | LEGAL AID SERVICES | $9.00 |
| 147 | INDIGENT ASSISTANCE (INA) | $1.00 |
| 170 | COURT TECHNOLOGY FUND | $10.00 |

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 219 | LAW LIBRARY | $4.00 |
| 229 | COURTHOUSE MAINTENANCE FEE (CHMF) | $2.00 |
| 304 | CIVIL FILING FEE (LAW & EQUITY) | $290.00 |

TENDERED : $  346.00
AMOUNT PAID : $  346.00

CLERK OF COURT : TINA E. SINNEN

Page 1 of 1

Receipt : 200000002950



**OFFICIAL RECEIPT**
**VIRGINIA BEACH CIRCUIT COURT**
**CIVIL**

DATE : 02/06/2020     TIME : 09:05:18     CASE # : 810CL1900232400
RECEIPT # : 20000002950     TRANSACTION # : 20020600004
CASHIER : JXE     REGISTER # : B872     FILING TYPE : ITOR     PAYMENT : FULL PAYMENT
CASE COMMENTS : KEENAN, JOHNATHAN v. AHERN, WILLIAM P
SUIT AMOUNT : $0.00
ACCOUNT OF : KEENAN, JOHNATHAN
PAID BY : FLETCHER, TAVSS
CHECK : $12.00     CHECK NUMBER : 7524
DESCRIPTION 1 : PLAINTIFF: KEENAN, JOHNATHAN
    2 : NO HEARING SCHEDULED

| ACCOUNT CODE | DESCRIPTION | PAID |
|---|---|---|
| 206 | SHERIFF FEES | $12.00 |

TENDERED : $     12.00
AMOUNT PAID : $     12.00

CLERK OF COURT : TINA E. SINNEN

# COMMONWEALTH OF VIRGINIA



**VIRGINIA BEACH CIRCUIT COURT**
Civil Division
2425 NIMMO PARKWAY BLDG 10
VIRGINIA BEACH VA 23456
(757) 385-4186

Proof of Service

Virginia:
In the VIRGINIA BEACH CIRCUIT COURT

Case number: 810CL19002324-00
Service number: 001
Service filed: April 19, 2019
Judge:

Served by: VIRGINIA BEACH CITY
Style of case: JOHNATHAN KEENAN vs WILLIAM P AHERN
Service on: WILLIAM P AHERN
2229 WIND BRANCH CIRCLE
VIRGINIA BEACH VA 23456

Attorney: FLAX, SCOTT J
757-625-1214

Instructions:

Returns shall be made hereon, showing service of Summons issued Thursday, February 06, 2020 with a copy of the Complaint filed Friday, April 19, 2019 attached.

Hearing date :
Service issued: Thursday, February 06, 2020

For Sheriff Use Only

# Return of Service

**JOHNATHAN KEENAN vs WILLAIM P AHERN**

**Case #:** CL1900232400

**Paper Type:** COMPLAINT WITH SUMMONS ATTACHED

**Court Date:**

RC20038033





View Online



RC20038033

**Name:** AHERN, WILLAIM P

**Address:** 2229 WIND BRANCH CIR
Virginia Beach, VA

**Date Served:** 2/10/2020 8:22:00 AM

**Type of Service:** Posted - Document posted on front door of usual place of abode.

**Note:**

**Serving Officer:** Deputy M. Caffee

**For:** Ken Stolle, Sheriff

*Deputy M. Caffee*

FILED
VA. BEACH CIRCUIT COURT
2020 FEB 11 AM 9:45
E. SHOWEN, CLERK